UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\*\*\*\*\*

| | | |
|---|---|---|
| CHRISTON SHEPARD, et al., | ) | Lead Case:   3:14-cv-00679-MMD-WGC |
| Plaintiffs, | ) | |
| VS. | ) | |
| LYON COUNTY, et al., | ) | |
| Defendants. | ) | |
| MANDY BARRETT,  aka Mandy Barrett Reese, | ) | Member Case:  3:15-cv-00189-MMD-WGC |
| Plaintiff, | ) | |
| VS. | ) | **MINUTES OF PROCEEDINGS** |
| LYON COUNTY, et al., | ) | August 25, 2015 |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>  Katie Lynn Ogden  </u>   REPORTER:   <u>              FTR              </u>

COUNSEL FOR PLAINTIFFS:   <u>James Beasley (obo: Christon Shepard, Mary Mann Reasoner and Melanie Huddleston) and Carole Pope (obo: Mandy Barrett).                              </u>

COUNSEL FOR DEFENDANTS:   <u>Katherine Parks (obo: Lyon County) and Douglas R. Rands (obo: Jerry Peek)                                                                                                       </u>

1

Minutes of Proceedings
3:14-cv-00679-MMD-WGC
3:15-cv-00189-MMD-WGC
August 25, 2015

**MINUTES OF PROCEEDINGS: Motion Hearing**

10:03 a.m.  Court convenes.

The court holds today's conference to address the request to consolidate Case No. 3:15-cv-00189-MMD-WGC (*Barrett v Lyon County, et al*) into Case No. 3:14-cv-00679-MMD-WGC (*Shepard, et al v Lyon County, et al*) (Doc. # 13).

The court agrees the request to consolidate is appropriate.  The court proposes that the two cases be consolidated; however, Plaintiff Melody Barrett would not be added as a party to the *Shepard* case.  Instead, the cases would be consolidated and the *Barrett* case would proceed as the member case to the *Shepard* case, which would be the lead case.

There is no objection made by counsel regarding the court's proposal for consolidation of the two cases.

IT IS THEREFORE ORDERED that the motion to consolidate (Doc. # 13) is GRANTED. *Shepard*, No. 3:14-cv-00679, and *Barrett*, No. 3:15-cv-00189, cases are consolidated.  The first-filed case, *Shepard,* No. 3:14-cv-00679, is the lead case and *Barrett*, No. 3:15-cv-00189, is the member case.  Consolidation of the cases will be for all pre-trial proceedings and trial, but not for purposes of judgment and appeal.

IT IS FURTHER ORDERED that all documents shall be filed in the *Shepard*, No. 3:14-cv-00679, case; however, judgment will be entered in both cases.

The court next establishes dates for the discovery plan and scheduling order as follows:

- Discovery Cut-off: Monday, February 29, 2016;

- Request for Extension of Scheduled Deadlines: Friday, February 5, 2016;

- Amending the Pleadings and Adding Parties:  Expired;

- Disclosure of Experts per FRCP 26(e)(2): Monday, December 28, 2015;

- Rebuttal Experts: Friday, January 29, 2016;

- Joint Interim Status Report: Monday, December 28, 2015;

2

Minutes of Proceedings
3:14-cv-00679-MMD-WGC
3:15-cv-00189-MMD-WGC
August 25, 2015

- Dispositive Motions: Thursday, March 31, 2016; and

- Proposed Joint Pretrial Order: Friday, April 29, 2016 - unless, in the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the court.

The parties are required to submit a formal discovery plan and scheduling order.

There being no additional matters to address at this time, court adjourns at 10:23 a.m.

LANCE S. WILSON, CLERK

By: _____/s/_____
Katie Lynn Ogden, Deputy Clerk