Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendant
LYON COUNTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTON SHEPARD, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LYON COUNTY, et al.,<br><br>　　　　Defendants. | Lead Case:　3:14-cv-00679-MMD-WGC<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |
| MANDY BARRETT,<br>　aka Mandy Barrett Reese,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LYON COUNTY, et al.,<br><br>　　　　Defendants. | Member Case:　3:15-cv-00189-MMD-WGC |

　　　COME NOW, Plaintiffs, CHRISTON SHEPARD, MARY MANN REASONER,

MELANIE HUDDLESTON, and MANDY BARRETT REESE, and Defendants, LYON

COUNTY and JERRY PEEK, by and through their respective counsel, and hereby stipulate

/ / /

/ / /

/ / /

- 1 -

that the above-entitled matters may be dismissed with prejudice in their entirety with each party to bear their own costs and attorney's fees.

| DATED this 7th day of November, 2016.<br><br>Law Offices of James Beasley<br><br><br>BY:  _/s / James Beasley, Esq._<br>       James Beasley, Esq.<br>       State Bar No. 1733<br>       435 Court Street<br>       PO Box 2936<br>       Reno, Nevada  89505<br>       *Attorney for Plaintiffs*<br>       *Christon Shepard, Mary Mann*<br>       *Reasoner, and Melanie Huddleston* | DATED this 7th day of November, 2016.<br><br>THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER<br><br>By: _//  ss  //   Katherine F. Parks_<br>       Katherine F. Parks, Esq.<br>       State Bar No.   6227<br>       6590 S. McCarran Blvd, Suite B<br>       Reno, Nevada 89509<br>       *Attorneys for Defendant*<br>       *Lyon County* |
| --- | --- |
| DATED this 7th day of November, 2016.<br><br>Law Offices of Carole M. Pope, APC<br><br><br>By:  _/ s  /   Carole M. Pope, Esq._<br>       Carole M. Pope, Esq.<br>       State Bar No. 3779<br>       301 Flint Street<br>       Reno, Nevada  89501<br>       *Attorney for Plaintiff*<br>       *Mandy Barrett aka Mandy Barrett Reese* | DATED this 7th day of November, 2016.<br><br>RANDS, SOUTH, & GARDNER<br><br><br>By:  _/ s /  Douglas Rands, Esq._<br>       Douglas Reed Rands, Esq.<br>       State Bar No.   3572<br>       9498 Double R Blvd.<br>       Reno, Nevada 89521<br>       *Attorneys for Defendant*<br>       *Jerry Peek* |

**ORDER**

IT IS SO ORDERED.

DATED: __November 7, 2016_____, 2016.

_____
UNITED STATES DISTRICT JUDGE

- 2 -